[*584]

*BRUYN v. THE RECEIVER OF THE MIDDLE DISTRICT BANK.

When a bank becomes insolvent, the cashier has no lien upon the money in the bank for his deposits therein or for the payment of his salary.[1]

He has no other or greater rights than the other creditors of the institution.

August 24th.

SEVERYN BRUYN was the cashier of the Kingston branch of the Middle District Bank, and at the time the bank stopped payment he was a depositor to the amount of $105, and was allowed an annual salary, out of which he was to pay his own clerk, and was also to furnish a banking room for the accommodation of the bank. He petitioned to retain out of the moneys in the bank, at the time it stopped payment, the amount of his deposit, and an allowance for his salary up to that time *pro rata*. The receiver contended he was to be considered a mere creditor of the bank, and to receive his dividend with the other creditors. The question was, by consent of the parties, submitted to the court.

THE CHANCELLOR:—The money in the bank did not belong to the cashier, but to the institution. Neither the cashier or clerk had a right to exercise any control over it, except so far as they were authorized by the directors.

[1] *Bank of Niagara* v. *Rosevelt*, 9 Cow. 409.

The cashier had no lien upon it for the payment of his salary or deposit;[1] and the directors could not give him such a lien under the provision of the act of 1825, in contemplation of the insolvency of the institution. It is evidence of the fairness of the officers of the branch that they were not informed of the situation of the mother bank in time to withdraw their deposits; but it is their misfortune to be left in the same situation as other depositors of the institution.

The receiver is authorized to allow such sum for the use of the banking room, and to the clerk for attending to demand payment, and protest notes which fall due, as he may deem reasonable.

[1] Money deposited generally with a banker, becomes the money of the depositary. *Chapman* v. *White*, 2 Seld. 412.